KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 07225)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 4:05-70942 WDB |
| Plaintiff, ) | ORDER GRANTING JOINT REQUEST TO ALLOW DEFENDANT TO SUBMIT DEED DOCUMENTS SEPARATELY FROM APPRAISAL AND TITLE SEARCH DOCUMENTS FOR PROPERTY BOND |
| v. ) | |
| JAMES PETER CHIAVERINI, ) | Date:   December 2, 2005 |
| Defendant. ) | Before the Honorable Wayne D. Brazil |

### ORDER

**IT IS HERBY ORDERED** that the defendant James P. Chiaverini may file the deeds for the property(ies) that are the collateral for the $600,000 property bond set in this matter within two days from the issuance of this order and may separately file the related appraisals and title documents for the property(ies).  These appraisals and title documents must be filed  no later than January 16, 2006.

DATED: December 13, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1
2   Distribute to:
3   William G. Panzer
    370 Grand Avenue
    Suite 3
4   Oakland, CA 94610
    Counsel for Defendant
5
    H. H. (Shashi) Kewalramani
6   Assistant United States Attorney
    1301 Clay Street, Suite 340S
7   Oakland, CA 94612
    Counsel for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING JOINT REQUEST TO ALLOW DEFENDANT
TO SUBMIT DEED DOCUMENTS SEPARATELY
Case No. CR 4:05-70942 WDB            2