```
KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 07225)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    Facsimile: (510) 637-3724

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES PETER CHIAVERINI,<br><br>    Defendant. | Case No. 05-70942 WDB<br><br>ORDER GRANTING STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING<br><br>Date: January 12, 2006<br>Time: 10:00 a.m.<br>Before the Honorable Wayne D. Brazil |

**[PROPOSED] ORDER**

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time between January 12, 2006 and January 27, 2006 from the Speedy Trial Clock. The Stipulation was signed by counsel of record as well as the defendant knowingly and voluntarily waiving his right to a preliminary hearing on January 12, 2006, and extending the preliminary hearing until January 27, 2006. The Stipulation also noted that the United States is expected to provide recently requested discovery to Mr. Chiaverini's counsel. This recently provided discovery will allow Mr. Chiaverini's counsel to better evaluate the case and assist in preparing a defense. Counsel also

1  acknowledged that an exclusion of time under the Speedy Trial Clock is appropriate to allow for
2  the effective preparation of defense counsel taking into account the exercise of due diligence.
3  Good cause appearing therefor,
4     **IT IS HEREBY ORDERED** that the period of time between January 12, 2006 and January
5  27, 2006 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking
6  into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that
7  the "ends of justice served by the granting of such continuance outweigh[s] the best interests of
8  the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).  Additionally, the
9  Court finds that the Defendant, Mr. Chiaverini, knowingly and voluntarily waived the period
10 between January 12, 2006 and January 27, 2006, such that preliminary hearing is now scheduled
11 for January 27, 2006 at 10:00 a.m.
12 DATED:   January 11, 2006

16 _____
   WAYNE D. BRAZIL
   United States Magistrate Judge

18 Distribute to:

19 William G. Panzer
   370 Grand Avenue
20 Suite 3
   Oakland, CA 94610
21 Counsel for Defendant

22 H. H. (Shashi) Kewalramani
   Assistant United States Attorney
23 1301 Clay Street, Suite 340S
   Oakland, CA 94612
24 Counsel for Plaintiff

ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No.  05-70942 WDB                    2