KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>               )<br>    Plaintiff,     )<br>               )<br>  v.           )<br>               )<br>JAMES PETER CHIAVERINI, )<br>               )<br>    Defendant.   )<br>_____) | Case No. CR 06-00099 MJJ<br><br>[PROPOSED] ORDER GRANTING<br>STIPULATION TO EXCLUDE TIME<br>UNDER SPEEDY TRIAL CLOCK<br><br>Date:  June 2, 2006<br>Time:  2:30 p.m.<br><br>Before the Honorable Martin J. Jenkins |

    This matter came before the Court on May 19, 2006 at 2:30 p.m. for Mr. Chiaverini's

status or trial setting. The parties represented that they were close to resolving the matter

pursuant to a plea agreement. Since then the a copy of the plea agreement was provided to

chambers on May 26, 2006 for the Court's consideraiton.

    **IT IS HEREBY ORDERED**, in light of the Court's consideration of the plea agreement

that the time between May 26, 2006 and June 2, 2006 is excluded under the Speedy Trial Clock

pursuant to 18 U.S.C. §§ 3161(h)(1)(I)

DATED:   5//30/2006

_____
MARTIN J. JENKINS
United States District Judge

1   Distribute to:

2   William G. Panzer
370 Grand Avenue
3   Suite 3
Oakland, CA 94610
4   Counsel for Defendant

5   H. H. (Shashi) Kewalramani
Assistant United States Attorney
6   1301 Clay Street, Suite 340S
Oakland, California 94612
7   Counsel for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL CLOCK
Case No. CR 06-00099 MJJ          2