WILLIAM G. PANZER (CSB# 128684)
370 Grand Avenue, Suite 3
Oakland, California 94610
Telephone: (510) 834-1892

Attorney for Defendant
JAMES P. CHIAVERINI

FILED

JUN 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES P. CHIAVERINI, <br><br> Defendant. | No. CR-06-00099-MJJ <br><br> <u>TRAVEL ORDER</u> |

Upon the consideration, and good cause appearing therefore IT IS HEREBY ORDERED that Defendant JAMES P. CHIAVERINI, be allowed to travel to Oregon to attend memorial services for his grandmother and uncle. Specifically the defendant is authorized to travel to Oregon on June 18, 2006, and to remain in Oregon, staying at the La Quinta Inn in Albany Oregon, until his return on June 20, 2006.

IT IS SO ORDERED.

Date: June 2, 2006

_____
Hon. Martin J. Jenkins
U.S. DISTRICT JUDGE