1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

4 | H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3737

7 | Facsimile: (510) 637-3724
E-Mail: shashi.kewalramani@usdoj.gov

8

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00099 MJJ |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET SENTENCING TO SEPTEMBER 28, 2006 |
| v. | ) | |
| JAMES P. CHIAVERINI, | ) | Date: September 8, 2006
Time: 2:30 p.m.
Before the Honorable Martin J. Jenkins |
| Defendant. | ) | |

For the reasons set forth in the parties' stipulation,

IT IS HEREBY ORDERED that the sentencing in this matter is re-set for September 28, 2006 at 2 p.m. in San Francisco.

DATED: 9/5/2006

_____
MARTIN J. JENKINS
United States District Judge