KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3737
Facsimile: (510) 637-3724
E-Mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00099 MJJ |
|    Plaintiff, | ) ) ) | [░░░░░░░░░] ORDER GRANTING UNOPPOSED REQUEST TO RE-SET SENTENCING EVIDENTIARY HEARING |
|    v. | ) ) ) | |
| JAMES P. CHIAVERINI, | ) ) | Date: October 19, 2006 Time: 3:00 p.m. |
|    Defendant. | ) ) | Before the Honorable Martin J. Jenkins |

For the reasons set forth in the United States' unopposed request,

IT IS HEREBY ORDERED that the evidentiary hearing in this matter is re-set for December 6, 2006 at 2:30 p.m. in San Francisco.

DATED: 10/23/2006

_____
MARTIN J. JENKINS
United States District Judge