SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3737
   Facsimile: (510) 637-3724
   E-Mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00099 MJJ |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET SENTENCING AND BRIEFING SCHEDULE |
| v. | |
| JAMES CHIAVERINI, | Date: March 16, 2007 |
| Defendant. | Time: 2:00 p.m.<br>Hon. Martin J. Jenkins |

    The Court held an evidentiary hearing in this matter over several days and after the hearing set a briefing schedule to allow the parties to address the issues pertinent to Mr. Chiaverini's sentencing. As a result of the recent developments set forth in the Stipulation to Re-Set Sentencing and Briefing Schedule

    **IT IS HEREBY ORDERED**, that sentencing in the matter is re-set to April 27, 2007 at 2 p.m. in Oakland, California and Mr. Chiaverini's brief will be due by March 23, 2007, the

///

///

///

///

1  United States shall file a response by April 6, 2007, and any reply by Mr. Chiaverini will be filed
2  by April 13, 2007.
3  DATED: 02/27/07

5  _____
   MARTIN J. JENKINS
6  United States District Judge

7  Distribute to:

8  William G. Panzer
   370 Grand Avenue
9  Suite 3
   Oakland, CA 94610
10 Counsel for Defendant

11 H. H. (Shashi) Kewalramani
   Assistant United States Attorney
12 1301 Clay Street, Suite 340S
   Oakland, California 94612
13 Counsel for Plaintiff

STIPULATION TO RE-SET SENTENCING AND BRIEFING SCHEDULE
[U.S. v. CHIAVERINI, CR 06-00099 MJJ]            2