RECEIVED
UNITED STATES MARSHAL
2007 MAY -9 AM 8:32
NORTHERN DISTRICT OF
CALIFORNIA

FILED
MAY 3 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>JAMES PETER CHIAVERINI,<br><br>Defendant. | Case No. CR-06-00099-001 MJJ<br><br>**ORDER FOR**<br>**VOLUNTARY SURRENDER** |

    Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Bureau of Prisons for service of defendant's sentence:

IT IS HEREBY ORDERED THAT:

    (1)    A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

    (2)    Defendant shall immediately report to the United States Marshal's Office, Room 150C, First Floor, 1301 Clay Street, Oakland, California for further instructions, which Defendant shall follow precisely.

    (3)    As notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons on or before 2:00 p.m. on **Friday, August 3, 2007**. If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office of the United States Marshal **by 12:00 noon on the surrender date**.

    (4)    Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

    <u>FAILURE TO APPEAR</u> as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated: 5/3/2007

                                                 MARTIN J. JENKINS
                                                 United States District Judge

cc:    Ed Butler/Debbie Maghoney, U.S. Marshal (2 Certified), Probation, Parties of record via ECF